# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PEPPERWOOD OF NAPLES CONDOMINIUM
ASSOCIATION, INC.,

           Plaintiff,

-vs-                                                Case No.  2:10-cv-753-FtM-99SPC

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,

           Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff Pepperwood of Naples Condominium Association, Inc.'s Unopposed Motion to Remove Inadvertently Filed Confidential Documents from the Court File and CM/ECF Docket 58-1 and 2 (Doc. #59) filed on February 14, 2012.  The Plaintiff inadvertently attached confidential information. (Doc. # 58, Exhibits 1&2) and now moves the Court to remove the confidential information from the Court's docket sheet.  Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff conferred with the Defendant who does not oppose the Motion.

Accordingly, it is now

**ORDERED:**

The Plaintiff Pepperwood of Naples Condominium Association, Inc.'s Unopposed Motion to Remove Inadvertently Filed Confidential Documents from the Court's File and CM/ECF Docket 58-1 and 2 (Doc. #59) is **GRANTED**.

(1) The Clerk of the Court is directed to remove Exhibit 58-1 the Expert Report of Charles M. Miller, and Exhibit 58-2 the Expert Report of Peter M. Occhialini from CM/ECF.

(2) The inadvertent disclosure of these reports does not destroy the confidential nature of the documents.

(3) Any third-parties who reviewed the documents prior to removal from the Court's file and CM/ECF docket are subject to the Mutual Protective Order Regarding Confidentiality entered by this Court on October 20, 2011. [DE. 49].

**DONE AND ORDERED** at Fort Myers, Florida, this ___14th___ day of February, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record