UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEPPERWOOD OF NAPLES CONDOMINIUM
ASSOCIATION, INC.,

          Plaintiff,

-vs-                                    Case No.   2:10-cv-753-FtM-99SPC

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,

          Defendant.
_____

## ORDER

This matter comes before the Court on Joint Motion to Extend Court's Deadlines (Doc. #62) filed on February 22, 2012.  The Parties request that the deadlines set forth in the Case Management and Scheduling Order (Doc. # 15) be extended.  As grounds, the Parties state that discovery in the matter is voluminous and production has been slowed by the need for Court intervention.  For good cause shown, the request is due to be granted in part as the dispositive motion deadline will be set by the Court.

Accordingly, it is now

    **ORDERED:**

Joint Motion to Extend Court's Deadlines (Doc. #62) is **GRANTED** in part.  The deadlines in this case are amended as follows:

| Motion to Add Parties or Amend Pleadings | | **June 29, 2012** |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff: | **July 6, 2012** |
| | Defendant: | **August 17, 2012** |

| Discovery Deadline | **September 7, 2012** |
|---|---|
| Dispositive Motions and *Daubert* and *Markman* Motions | **September 21, 2012** |
| Mediation | **September 28, 2012** |
| Meeting in Person to Prepare Joint Final Pretrial Statement | **October 5, 2012** |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form [with Diskette], Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **October 12, 2012** |
| All Other Motions Including Motions *In Limine* and Trial Briefs | **October 13, 2012** |
| Final Pretrial Conference           Date: | **October 22, 2012** |
|                                     Time: | **9:00 a.m.** |
|                                     Judge: | **Unassigned Judge** |
| Trial Term Begins | **November 5, 2012** |
| Estimated Length of Jury Trial | **5 Days** |

**DONE AND ORDERED** at Fort Myers, Florida, this   5th   day of March, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record